UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** )<br>)<br>) | |
| PLAINTIFF ) <br>) | |
| V. ) <br>) | CIVIL NO. 2:16-CV-382-DBH |
| **DONELLE R. UTER** AND <br>**ORAL L. UTER,** )<br>)<br>) | |
| DEFENDANTS ) | |

**PROCEDURAL ORDER**

The Order to Show Cause is **TERMINATED**. The Clerk's Office shall schedule for oral argument the plaintiff's motion for service by publication. The plaintiff shall be prepared to show how its efforts satisfy Maine Rule of Civil Procedure 4(g); the 2010 Advisory Committee Note to that Rule; <u>Gaeth v. Deacon</u>, 2009 ME 9, 964 A.2d 621; <u>Girard v. Dodd</u>, No. 2:16-cv-165-DBH, ECF. No. 15 (D. Me. June 29, 2016); <u>Edson v. Riverside Psychiatric Center</u>, No. 1:16-cv-00079-JAW, 2016 WL 3257003 (D. Me. June 13, 2016); <u>Camden National Bank v. Reid</u>, No. 2:13-cv-376-DBH, 2014 WL 3810126 (D. Me. July 31, 2014), <u>and</u> 2004 WL 1320944 (Mar. 28, 2014); <u>MATSCO v. Brighton Family Dental, P.C.</u>, 597 F. Supp. 2d 158 (D. Me. 2009), <u>and</u> Civ. No. 08-433-P-S, 2009 WL 884729 (D. Me. Mar. 30, 2009). If the plaintiff prefers to make further efforts at service first, it shall notify the Clerk's Office accordingly.

SO ORDERED.

DATED THIS 7TH DAY OF NOVEMBER, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**